UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re: WATTS, VAN B., IV | § | Case No. 11-07679 |
|---|---|---|
| WATTS, SHAWN aka | § | |
| WATTS, VAN B. | § | |
| WATTS, SHAWN M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 22, 2011 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  August 17, 2011            By:  /s/ Richard M. Fogel
                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: WATTS, VAN B., IV | § | Case No. 11-07679 |
| WATTS, SHAWN | § | |
| WATTS, VAN B. | § | |
| Debtor(s) WATTS, SHAWN M. | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,501.79 |
| *and approved disbursements of* | $ 12.47 |
| *leaving a balance on hand of* [1] | $ 6,489.32 |
| **Balance on hand:** | $ 6,489.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,489.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,400.18 | 0.00 | 1,400.18 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,400.18 |
| Remaining balance: | $ 5,089.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,089.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $     5,089.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,278.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 898.98 | 0.00 | 225.61 |
| 3 | Capital One Bank (USA), N.A. | 1,181.41 | 0.00 | 296.49 |
| 4 | Capital One Bank (USA), N.A. | 3,379.92 | 0.00 | 848.25 |
| 5 | Capital One Bank (USA), N.A. | 3,702.73 | 0.00 | 929.26 |
| 6 | PYOD LLC its successors and assigns as assignee of | 2,174.10 | 0.00 | 545.63 |
| 7 | Portfolio Recovery Associates, LLC | 1,165.73 | 0.00 | 292.56 |
| 8 | CHICAGO PATROLMEN' S FEDERAL CREDIT UNION | 7,105.27 | 0.00 | 1,783.18 |
| 9 | CHICAGO PATROLMEN' S FEDERAL CREDIT UNION | 481.84 | 0.00 | 120.93 |
| 11 | Midnight Velvet | 140.57 | 0.00 | 35.28 |
| 12 | Resurgence Financial LLC | 47.63 | 0.00 | 11.95 |

Total to be paid for timely general unsecured claims:   $     5,089.14
Remaining balance:   $         0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-07679-JPC
Van B. Watts                                                        Chapter 7
Shawn M Watts
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 2              Date Rcvd: Aug 18, 2011
                              Form ID: pdf006           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2011.
```
db/jdb     +Van B. Watts, IV,   Shawn M Watts,    11836 South Artesian Avenue,   Chicago, IL 60655-1518
aty        +Martin J O'Hearn,   Law Offices Of Martin J O'Hearn,    10047 S Western Ave,
             Chicago, IL 60643-1925
tr         +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
             Chicago, IL 60654-4766
16873635   +ACMC Physician Services,   c/o  IL Collection Service,    P.O. Box 1010,
             Tinley Park, IL 60477-9110
16873631   +Advocate Christ Med. Ctr.,    c/o Harris & Harris Ltd.,    222 Merchandise Mart Plz.,
             Chicago, IL 60654-1103
16873634   +Advocate Christ Med. Ctr.,    c/o  IL Collection Service,    P.O. Box 1010,
             Tinley Park, IL 60477-9110
16873633   +Advocate IL Masonic Phys,   c/o IL Collection Service,    P.O. Box 1010,
             Tinley Park, IL 60477-9110
16873645   +Advocate Medical Group,   21014 Network Place,    Chicago, IL 60673-1210
16873652   +Bank of America (fka,   LaSalle/Talman Federal),    135 S. LaSalle St.,   Chicago, IL 60603-4177
16873638   +Bureaus Invest Group Port,   c/o The Bureaus Inc.,    1717 Central Street,
             Evanston, IL 60201-1507
16873646   +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
16873642    Capital One Bank,    P.O. Box 71083,   Charlotte, NC 28272-1083
16873641   +Capital One Bank,    P.O. Box 6492,   Carol Stream, IL 60197-6492,   6492
16873647   +Capital One Bank,    c/o Blitt & Gaines PC,   661 Glenn Avenue,   Wheeling, IL 60090-6017
17293342    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
16873650   +Capital One Bank NA,   c/o Portfolio Recov Assoc,    120 Corporate Blvd, #100,
             Norfolk, VA 23502-4962
16873627   +Chase,   P.O. Box 7013,   Indianapolis, IN 46207-7013
16873626   +Chase Bank USA,   P.O. Box 15298,    Wilmington, DE 19850-5298
16873644   +Citibank South Dakota NA,    c/o Blitt & Gaines PC,   661 Glenn Avenue,   Wheeling, IL 60090-6017
16873628   +Citicards/Citibank,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
16873643    Evergreen Care Center,    c/o FFCC-Columbus Inc.,   P.O. Box 3521,   Akron, OH 44309-3521
16873625   +Ford Motor Credit,   P.O. Box 542000,    Omaha, NE 68154-8000
17223263   +Ford Motor Credit Company LLC,    P O Box 6275,   Dearborn, MI 48121-6275
16873640   +HSBC Bank NV,   c/o The Bureaus Inc.,    1717 Central Street,   Evanston, IL 60201-1507
16873632   +HSBC Bank Nevada,   P.O. Box 5253,    Carol Stream, IL 60197-5253
16873636   +Macys,   P.O. Box 8218,   Mason, OH 45040-8218
16873649   +Midnight Velvet,   1112 7th Avenue,    Monroe, WI 53566-1364
17455171   +Midnight Velvet,   c/o Creditors Bankruptcy Serivce,    P.O. Box 740933,   Dallas, TX 75374-0933
16873629   +Midwest Pediatric Card.,    c/o Dependon Collect. Svc.,    P.O. Box 4833,
             Oak Brook, IL 60522-4833
17441882   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,
             POB 41067,   Norfolk VA 23541)
17345945   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
             c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
16873651   +Resurgence Financial,   4100 Commercial Avenue,    Northbrook, IL 60062-1833
17581098   +Resurgence Financial LLC,    Legal Department,   1161 Lake Cook Road, Suite D,
             Deerfield, IL 60015-5277
16873630   +Sprint c/o Enhanced,   Recovery Co. LLC,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
16873648   +T-Mobile c/o Debt,   Recovery Solutions,    900 Merch. Concourse 106,   Westbury, NY 11590-5114
16873637   +TCF Bank c/o Profess.,    Account Management,   633 W. Wisconsin Avenue,
             Milwaukee, WI 53203-1918
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17446122   +E-mail/Text: jpigott@patrolmensfcu.org Aug 19 2011 00:07:51
             CHICAGO PATROLMEN' S FEDERAL CREDIT UNION,   1407 W WASHINGTON,   CHICAGO,IL 60607-1820
16873624   +E-mail/Text: jpigott@patrolmensfcu.org Aug 19 2011 00:07:51     Chicago Patrolmans FCU,
             1359 W. Washington Blvd.,   Chicago, IL 60607-1905
16873639    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 19 2011 01:55:57     Discover Financial Svcs,
             P.O. Box 15316,   Wilmington, DE 19850
17221161    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 19 2011 01:55:57     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                             TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16873623   ##+Citimortgage Inc,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dgomez              Page 2 of 2           Date Rcvd: Aug 18, 2011
                              Form ID: pdf006           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2011**               **Signature:** _Joseph Speetjens_