**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WATTS, VAN B., IV § Case No. 11-07679
       WATTS, SHAWN §
       WATTS, VAN B. §
Debtor(s) WATTS, SHAWN M. §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $123,495.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,089.22     Claims Discharged
                                               Without Payment: $46,214.01

Total Expenses of Administration: $1,412.65

---

   3) Total gross receipts of $ 6,501.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,501.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $96,227.50 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,412.66 | 1,412.65 | 1,412.65 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,277.31 | 20,278.18 | 20,278.18 | 5,089.22 |
| **TOTAL DISBURSEMENTS** | $49,277.31 | $117,918.34 | $21,690.83 | $6,501.87 |

    4) This case was originally filed under Chapter 7 on February 25, 2011. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2011    By: /s/RICHARD M. FOGEL
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund | 1224-000 | 6,501.64 |
| Interest Income | 1270-000 | 0.23 |
| **TOTAL GROSS RECEIPTS** | | **$6,501.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | 4210-000 | N/A | 26,374.37 | 0.00 | 0.00 |
| 10 | CHICAGO PATROLMEN' S FEDERAL CREDIT UNION | 4210-000 | 0.00 | 69,853.13 | 0.00 | 0.00 |
| NOTFILED | 77103xxxx Citimortgage Inc | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 4423xxxx Purchase money security interest | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$96,227.50** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,400.19 | 1,400.18 | 1,400.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 12.47 | 12.47 | 12.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,412.66 | 1,412.65 | 1,412.65 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 804.00 | 898.98 | 898.98 | 225.62 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 1,147.59 | 1,181.41 | 1,181.41 | 296.50 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 3,231.32 | 3,379.92 | 3,379.92 | 848.26 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | unknown | 3,702.73 | 3,702.73 | 929.28 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | unknown | 2,174.10 | 2,174.10 | 545.63 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 1,155.00 | 1,165.73 | 1,165.73 | 292.56 |
| 8 | CHICAGO PATROLMEN'S FEDERAL CREDIT UNION | 7100-000 | 7,988.00 | 7,105.27 | 7,105.27 | 1,783.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CHICAGO PATROLMEN' S FEDERAL CREDIT UNION | 7100-000 | 500.00 | 481.84 | 481.84 | 120.93 |
| 11 | Midnight Velvet | 7100-000 | 140.00 | 140.57 | 140.57 | 35.28 |
| 12 | Resurgence Financial LLC | 7100-000 | 3,286.35 | 47.63 | 47.63 | 11.95 |
| NOTFILED | TCF Bank c/o Profess. Account Management | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | 438094147xxxx Macys | 7100-000 | 447.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Christ Med. Ctr. c/o  IL Collection Service | 7100-000 | 71.00 | N/A | N/A | 0.00 |
| NOTFILED | 601138000623xxxx HSBC Bank Nevada | 7100-000 | 2,249.00 | N/A | N/A | 0.00 |
| NOTFILED | ACMC Physician Services c/o IL Collection Service | 7100-000 | 163.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate IL Masonic Phys c/o IL Collection Service | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | ACMC Physician Services c/o IL Collection Service | 7100-000 | 82.00 | N/A | N/A | 0.00 |
| NOTFILED | 601138000623xxxx HSBC Bank NV c/o | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ACMC Physician Services c/o IL Collection Service | 7100-000 | 82.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America (fka LaSalle/Talman Federal) | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 13025086xxxx T-Mobile c/o Debt | 7100-000 | 132.98 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 178.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Christ Med Cntr c/o Harris & Harris Ltd | 7100-000 | 101.10 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Christ Med. Ctr. c/o Harris & Harris Ltd. | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | U38115 Evergreen Care Center c/o | 7100-000 | 184.87 | N/A | N/A | 0.00 |
| NOTFILED | Bureaus Invest Group Port c/o The Bureaus Inc. | 7100-000 | 2,365.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o Enhanced Recovery Co. LLC | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Christ Med. Ctr. c/o Harris & Harris Ltd. | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Christ Med. Ctr. c/o Harris & Harris Ltd. | 7100-000 | 301.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Pediatric Card. c/o Dependon Collect. Svc. | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | 542418064915xxxx Citicards/Citibank | 7100-000 | 2,174.10 | N/A | N/A | 0.00 |
| NOTFILED | 542418101215xxxx Citicards/Citibank | 7100-000 | 2,926.00 | N/A | N/A | 0.00 |
| NOTFILED | 418586072677xxxx Chase Bank USA | 7100-000 | 643.00 | N/A | N/A | 0.00 |
| NOTFILED | 3378804xxxx Chase | 7100-000 | 16,562.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Christ Med. Ctr. c/o Harris & Harris Ltd. | 7100-000 | 379.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 49,277.31 | 20,278.18 | 20,278.18 | 5,089.22 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-07679  
**Case Name:** WATTS, VAN B., IV  
WATTS, SHAWN  
**Period Ending:** 12/01/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 02/25/11 (f)  
**§341(a) Meeting Date:** 04/12/11  
**Claims Bar Date:** 07/28/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Single Family Residence 11836 South Artesian Ave<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 240,000.00 | 210,000.00 | | 0.00 | FA |
| 2 | Funds in Debtor's possession<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 80.00 | 80.00 | | 0.00 | FA |
| 3 | Funds in Debtor's bank Chicago Patrolman's Feder<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 4 | Furniture and appliances in Debtor's residence<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 725.00 | 725.00 | | 0.00 | FA |
| 5 | Clothing<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | e and each.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 7 | Pension<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 80,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2001 Ford Taurus SEL (145,000 miles) $1,750.00 2<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 30,525.00 | 18,730.00 | | 0.00 | FA |
| 9 | 2 Service Revolvers<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Shitsu<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 11 | Tax refund (u) | 0.00 | 6,500.00 | | 6,501.64 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.23 | FA |
| 12 | **Assets** Totals (Excluding unknown values) | **$351,930.00** | **$236,235.00** | | **$6,501.87** | **$0.00** |

Printed: 12/01/2011 07:13 AM    V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-07679  
**Case Name:** WATTS, VAN B., IV  
               WATTS, SHAWN  
**Period Ending:** 12/01/11

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 02/25/11 (f)  
**§341(a) Meeting Date:** 04/12/11  
**Claims Bar Date:** 07/28/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011            **Current Projected Date Of Final Report (TFR):**    August 17, 2011  (Actual)

Case 11-07679   Doc 36   Filed 12/08/11   Entered 12/08/11 14:41:51   Desc Main
Document      Page 8 of 9

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-07679
**Case Name:** WATTS, VAN B., IV
WATTS, SHAWN
**Taxpayer ID #:** **-***6447
**Period Ending:** 12/01/11

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/11 | {11} | VAN WATTS | Non-exempt income tax refund | 1224-000 | 6,501.64 | | 6,501.64 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,501.69 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,501.74 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,501.79 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.47 | 6,489.32 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,489.37 |
| 09/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 6,489.40 |
| 09/21/11 | | To Account #9200******9266 | Close account and transfer for final distributions | 9999-000 | | 6,489.40 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,501.87 | 6,501.87 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,489.40 | |
| | | | **Subtotal** | | 6,501.87 | 12.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,501.87** | **$12.47** | |

{} Asset reference(s)

Printed: 12/01/2011 07:13 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-07679  
**Case Name:** WATTS, VAN B., IV  
WATTS, SHAWN  
**Taxpayer ID #:** **-***6447  
**Period Ending:** 12/01/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/21/11 | | From Account #9200******9265 | Close account and transfer for final distributions | 9999-000 | 6,489.40 | | 6,489.40 |
| 09/22/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,400.18, Trustee Compensation;  Reference: | 2100-000 | | 1,400.18 | 5,089.22 |
| 09/22/11 | 102 | Discover Bank | 25.09% dividend on Claim # 1, Ref: H | 7100-000 | | 225.62 | 4,863.60 |
| 09/22/11 | 103 | Capital One Bank (USA), N.A. | 25.09% dividend on Claim # 3, Ref: H | 7100-000 | | 296.50 | 4,567.10 |
| 09/22/11 | 104 | Capital One Bank (USA), N.A. | 25.09% dividend on Claim # 4, Ref: H | 7100-000 | | 848.26 | 3,718.84 |
| 09/22/11 | 105 | Capital One Bank (USA), N.A. | 25.09% dividend on Claim # 5, Ref: W | 7100-000 | | 929.28 | 2,789.56 |
| 09/22/11 | 106 | PYOD LLC its successors and assigns as assignee of | 25.09% dividend on Claim # 6, Ref: H | 7100-000 | | 545.63 | 2,243.93 |
| 09/22/11 | 107 | Portfolio Recovery Associates, LLC | 25.09% dividend on Claim # 7, Ref: W | 7100-000 | | 292.56 | 1,951.37 |
| 09/22/11 | 108 | CHICAGO PATROLMEN' S FEDERAL CREDIT UNION | 25.09% dividend on Claim # 8, Ref: H | 7100-000 | | 1,783.21 | 168.16 |
| 09/22/11 | 109 | CHICAGO PATROLMEN' S FEDERAL CREDIT UNION | 25.09% dividend on Claim # 9, Ref: H | 7100-000 | | 120.93 | 47.23 |
| 09/22/11 | 110 | Midnight Velvet | 25.09% dividend on Claim # 11, Ref: W | 7100-000 | | 35.28 | 11.95 |
| 09/22/11 | 111 | Resurgence Financial LLC | 25.09% dividend on Claim # 12, Ref: W | 7100-000 | | 11.95 | 0.00 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 6,489.40 | 6,489.40 | $0.00 |
| | Less: Bank Transfers | 6,489.40 | 0.00 | |
| | **Subtotal** | 0.00 | 6,489.40 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$6,489.40** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******92-65** | 6,501.87 | 12.47 | 0.00 |
| **Checking # 9200-******92-66** | 0.00 | 6,489.40 | 0.00 |
| | **$6,501.87** | **$6,501.87** | **$0.00** |

{} Asset reference(s)

Printed: 12/01/2011 07:13 AM    V.12.57